# United States Court of Appeals
## For the First Circuit

No. 06-2216

UNITED STATES OF AMERICA,

Appellant,

v.

TALMUS R. TAYLOR,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on July 9, 2008, is amended as follows:

On page 3, line 19:  "discretionary" should be "deferential"